# EXHIBIT A

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
MDL Docket No. 1720

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Broadway Grill, Inc., a California Corporation, on Behalf of Itself and All Others Similarly Situated<br><br>**Defendants:** Visa Inc., Visa International Association, Visa U.S.A. Inc., Does 1-500 | Northern District of California, Oakland Division | 4:16-cv-04040-PJH | Chief Judge Phyllis J. Hamilton |